UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MARTIN,<br><br>      Plaintiff(s),<br><br>v.<br><br>MICHAEL J. ASTRUE,<br><br>      Defendant(s). | No. C10-4994 BZ<br><br>**ORDER REQUIRING FURTHER IFP DECLARATION** |

In support of his application for *in forma pauperis* status, plaintiff has submitted a declaration as to his financial situation. The Court cannot rule on his application because it is not on this District's form, is not complete and the original is not always legible or readable. If plaintiff wishes to proceed with his *in forma pauperis* application, he shall complete this Court's form declaration which is found at: www.cand.uscourts.gov and file it by **December 1, 2010**.

Dated: November 10, 2010

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MARTIN V. ASTRUE\ORD REQUIRING FURTHER IFP APPLIC.wpd

1