UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MARTIN, ) | CIVIL NO.: 3:10-CV-04994-BZ |
| Plaintiff, ) | |
| v. ) | ~~PROPOSED~~ JUDGMENT |
| MICHAEL J. ASTRUE, ) Commissioner of ) Social Security, ) | |
| Defendant. ) | |

The parties' arguments having been considered and a decision having been rendered, it is hereby ordered that judgment be entered in accordance with the court's order of October 4, 2011, in favor of Plaintiff and against Defendant. IT IS SO ORDERED.

Dated: 18 Oct 2011

THE HONORABLE BERNARD ZIMMERMAN
United States Magistrate Judge