MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
DANIEL P. TALBERT, SBN OH 0084088
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 744-0134
    E-Mail: Daniel.Talbert@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MARTIN,<br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>    Defendant. | CIVIL ACTION NO. 3:10-CV-04994-BZ<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR THE AWARD OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412, AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the EAJA in the amount of THREE THOUSAND NINE HUNDRED FIFTY dollars and 0 cents ($3,950.00), and costs in the amount of SEVENTY-SEVEN dollars and 0 cents ($77.00) pursuant to 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff, to date, by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920 and 2412.

    After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney. Pursuant to Astrue v. Ratliff, 130 S.Ct. 2521 (2010), the ability to honor the assignment will depend on whether the fees and expenses are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees and expenses is

Stip and Prop. Order for EAJA, 3:10-cv-04994-BZ                                                                                                                       1

entered, the government will determine whether they are subject to any offset.

    Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Henry F. Reynolds, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

    This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

    This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

    Respectfully submitted December 1, 2011.

                                               Respectfully submitted,

Dated: December 1, 2011                */s/ Henry F. Reynolds*
                                              (as authorized via e-mail)
                                              HENRY F. REYNOLDS
                                              Attorney for Plaintiff

                                              MELINDA L. HAAG
                                              United States Attorney

Dated: December 1, 2011              By *s/ Daniel P. Talbert*
                                              DANIEL P. TALBERT
                                              Special Assistant U.S. Attorney

                                              Attorneys for Defendant

                                                  ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: /Dec—'11                                          
                                              BERNARD ZIMMERMAN
                                              UNITED STATE MAGISTRATE JUDGE